151 So. 925

## Thollie E. MYERS v. STATE.
### I Div. 138.

Court of Appeals of Alabama.
Dec. 19, 1933.

BRICKEN, Presiding Judge.
Appeal dismissed, on motion of appellant.

151 So. 926

## Sam NALLS v. STATE.
### 6 Div. 509.

Court of Appeals of Alabama.
Dec. 19, 1933.

SAMFORD, Judge.
Appeal dismissed.

160 So. 922

## W. W. NAPPIER v. STATE.
### 7 Div. 144.

Court of Appeals of Alabama.
April 1, 1935.

PER CURIAM.
Appeal dismissed by appellant.

152 So. 924

## Beatrice NASH v. STATE.
### 8 Div. 858.

Court of Appeals of Alabama.
Jan. 30, 1934.

BRICKEN, Presiding Judge.
Appeal dismissed.

160 So. 922

## Joe NASSER v. CITY OF BIRMINGHAM.
### 6 Div. 786.

Court of Appeals of Alabama.
April 18, 1935.

PER CURIAM.
Appeal dismissed for want of prosecution.

154 So. 923

## Manuel NELSON v. STATE.
### I Div. 164.

Court of Appeals of Alabama.
April 17, 1934.

BRICKEN, Presiding Judge.
Appeal dismissed by appellant.

159 So. 894

## Curtis NEWELL v. STATE.
### 7 Div. 99.

Court of Appeals of Alabama.
Jan. 22, 1935.

BRICKEN, Presiding Judge.
Affirmed.

163 So. 908

## Garvin NEWELL v. STATE.
### 8 Div. 251.

Court of Appeals of Alabama.
Oct. 29, 1935.

BRICKEN, Presiding Judge.
Affirmed.